# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**ALEXANDER BERGER,**

*Petitioner*,

**v.**                                    **Case No.: 1:26cv27-MW/MJF**

**SECRETARY OF FLORIDA**
**DEPARTMENT OF FAMILIES AND**
**CHILDREN SERVICES,**

*Respondent.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's case is **DISMISSED without prejudice** for failure to comply with two Court Orders,

failure to pay the filing fee, and failure to prosecute." The Clerk shall close the file.

**SO ORDERED on June 2, 2026.**

**s/Mark E. Walker**
**United States District Judge**